UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN CULBERSON, | CASE No. CV 11-8139 VBF (FFM) |
| Petitioner, | |
| | JUDGMENT |
| v. | |
| PAROLE BOARD, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: 3/7/12

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
United States District Judge